# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MALCOLM HESS**                                                                                        **PLAINTIFF**

**v.**                             **Case No. 3:23-cv-00109-KGB**

**TRANS UNION LLC**                                                              **DEFENDANTS**

## ORDER

Before the Court is the parties' motion to extend time for defendant Trans Union, LLC ("Trans Union") to answer or otherwise plead (Dkt. No. 3). The parties represented in their motion that they were "in early negotiations and agreed to a 21-day extension for TransUnion to answer the complaint or otherwise plead" (*Id.*). The motion requested an extension of Trans Union's time to answer or otherwise plead by 21 days, up to and including July 11, 2023. Trans Union filed its answer on or about July 17, 2023 (Dkt. No. 5). No motion to strike the answer as untimely has been filed. Therefore, the Court grants the parties' motion to extend time and considers timely Trans Union's answer.

It is so ordered this 7th day of August, 2023.

*/s/ Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge