**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MALCOLM HESS**                                                                                      **PLAINTIFF**

**v.**                                            **Case No. 3:23-cv-00109-KGB**

**TRANS UNION LLC**                                                                              **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 12). As the parties' filing accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court adopts the stipulation and dismisses with prejudice this case (*Id.*). Each party shall bear their own fees and costs.

It is so ordered this 14th day of February, 2024.

_____
Kristine G. Baker
Chief United States District Judge